CLOSED

# U.S. District Court
# District of South Carolina (Anderson/Greenwood)
# CRIMINAL DOCKET FOR CASE #: 8:06-cr-00264-GRA-3

Case title: USA v. Bush et al

Date Filed: 03/14/2006
Date Terminated: 09/29/2006

---

Assigned to: Honorable G Ross Anderson, Jr

**Defendant**

**Patricia Ann Reed** (3)
*TERMINATED: 09/29/2006*

represented by **Janis Richardson Hall**
Janis Hall Law Office
606 Pettigru Street
Greenville, SC 29601
864-370-0882
Email: jhallattorney@charterinternet.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | The defendant is sentenced to a term of time served imprisonment and 3 years supervised release. $100.00 special assessment; $836.04 restitution. The defendant is remanded to the custody of the United States Marshal. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|

None

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

None

---

**Plaintiff**

**USA** represented by **David Calhoun Stephens**
US Attorneys Office
PO Box 10067
Greenville, SC 29603
864-282-2100
Fax: 864-233-3158
Email: david.stephens@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2006 | 10 | INDICTMENT as to Danny Robert Bush (1) count(s) 1, Contessa Renee Freeman (2) count(s) 1, Patricia Ann Reed (3) count(s) 1, Ernest Tarleton Roberson (4) count(s) 1, Shana Shonez Sullivan (5) count(s) 1, Nehal Shamir White (6) count (s) 1, Topeaka Roshell White (7) count(s) 1, Kisa Lachelle Williams (8) count(s) 1. (kric, ) (Entered: 03/14/2006) |
| 03/14/2006 | 11 | ORDER FOR ISSUANCE OF Indictment WARRANT as to Patricia Ann Reed. Signed by Judge William M Catoe on 3/14/06.(kric, ) (Entered: 03/14/2006) |
| 03/14/2006 | 12 | Indictment Warrant Issued in case as to Patricia Ann Reed. (kric, ) (Entered: 03/14/2006) |
| 03/14/2006 | 13 | Writ of Habeas Corpus ad Prosequendum Issued as to Patricia Ann Reed for as needed from Wilkes County Jail, Washington, Georgia. Signed by Judge William M Catoe on 3/14/06.(kric, ) (Entered: 03/14/2006) |

| | | |
|---|---|---|
| 03/14/2006 | 14 | NOTICE OF HEARING as to Patricia Ann Reed Arraignment set for 3/30/2006 10:00 AM in Greenville #3, Clement F. Haynsworth Fed Bldg, 300 E. Washington, St, Greenville before Magistrate Judge William M Catoe. (kric, ) (Entered: 03/14/2006) |
| 03/17/2006 | | Arrest of Patricia Ann Reed (kric, ) (Entered: 03/20/2006) |
| 03/21/2006 | 22 | Case Assigned as to Danny Robert Bush, Contessa Renee Freeman, Patricia Ann Reed, Ernest Tarleton Roberson, Shana Shonez Sullivan, Nehal Shamir White, Topeaka Roshell White, Kisa Lachelle Williams to Judge G Ross Anderson, Jr. (cram) (Entered: 03/21/2006) |
| 03/21/2006 | 23 | Minute Entry for proceedings held before Judge William M Catoe :Arraignment as to Patricia Ann Reed (3) Count 1 held on 3/21/2006. Janis Hall appointed. Bond set at $35,000.00 secured. Tape #C-06-02 2965-3260. (sjam, ) (Entered: 03/21/2006) |
| 03/21/2006 | 24 | CJA 20 as to Patricia Ann Reed: Appointment of Attorney Janis Richardson Hall for Patricia Ann Reed. . Signed by Judge William M Catoe on 3/21/2006.(sjam, ) (Entered: 03/21/2006) |
| 03/21/2006 | 25 | ORAL ORDER Setting Bond as to Patricia Ann Reed (3) $35,000.00 secured .by Judge William M Catoe on 3/21/2006. (sjam, )There is no document for this entry (Entered: 03/21/2006) |
| 03/28/2006 | 26 | Indictment Warrant Returned Executed in case as to Patricia Ann Reed. (sjam, ) (Entered: 03/28/2006) |
| 05/08/2006 | 90 | SCHEDULING NOTICE as to Danny Robert Bush, Contessa Renee Freeman, Patricia Ann Reed, Shana Shonez Sullivan, Nehal Shamir White, Topeaka Roshell White Pretrial Conference set for 5/18/2006 10:00 AM in Greenville #1, Clement F Haynsworth Fed Bldg, 300 E Washington St, Greenville before Magistrate Judge Bruce Howe Hendricks. Change of Plea Hearing set for 6/2/2006 09:30 AM in G. Ross Anderson, Jr. Court House, 315 S. McDuffie St, Anderson before Honorable G Ross Anderson Jr. (pbri, ) (Entered: 05/08/2006) |
| 05/18/2006 | 97 | Minute Entry for proceedings held before Judge Bruce Howe Hendricks :Pretrial Conference as to Patricia Ann Reed held on |

| | | |
|---|---|---|
| | | 5/18/2006. Defendant present with appointed counsel. To be set for plea. (Court Reporter Karen Martin.)CJA Time 1 hour. (kric, ) (Entered: 05/18/2006) |
| 05/30/2006 | 104 | NOTICE OF HEARING as to Patricia Ann Reed Change of Plea Hearing set for 6/2/2006 09:30 AM in G. Ross Anderson, Jr. Court House, 315 S. McDuffie St, Anderson before Honorable G Ross Anderson Jr. (pbri, ) (Entered: 05/30/2006) |
| 06/02/2006 | 105 | Minute Entry for proceedings held before Judge G Ross Anderson Jr:Change of Plea Hearing as to Patricia Ann Reed held on 6/2/2006. Patricia Ann Reed (3) Guilty Count 1. Court Reporter Geri Kirkley.CJA Time 2 hours. (pbri, ) (Entered: 06/02/2006) |
| 06/02/2006 | 106 | Guilty PLEA ENTERED as to Patricia Ann Reed (pbri, ) (Entered: 06/02/2006) |
| 08/25/2006 | 161 | NOTICE OF HEARING as to Patricia Ann Reed: Sentencing set for 9/19/2006 09:30 AM in G. Ross Anderson, Jr. Court House, 315 S. McDuffie St, Anderson before Honorable G Ross Anderson Jr. (pbri, ) (Entered: 08/25/2006) |
| 08/31/2006 | 164 | NOTICE OF CANCELLATION OF HEARING: 9/19/06 at 9:30 sentencing as to Patricia Ann Reed. (pbri, ) (Entered: 08/31/2006) |
| 09/05/2006 | 165 | NOTICE OF HEARING as to Patricia Ann Reed Sentencing set for 9/29/2006 09:30 AM in G. Ross Anderson, Jr. Court House, 315 S. McDuffie St, Anderson before Honorable G Ross Anderson Jr. (pbri, ) (Entered: 09/05/2006) |
| 09/29/2006 | 175 | Minute Entry for proceedings held before Judge G Ross Anderson Jr:Sentencing held on 9/29/2006 as to Patricia Ann Reed. Court Reporter Geri Kirkley.CJA Time 2 hours. (pbri, ) (Entered: 09/29/2006) |
| 09/29/2006 | 177 | JUDGMENT as to Patricia Ann Reed (3), Count(s) 1. The defendant is sentenced to a term of time served imprisonment and 3 years supervised release. $100.00 special assessment; $836.04 restitution. The defendant is remanded to the custody of the United States Marshal. Signed by Judge G Ross Anderson Jr on 9/29/06.(pbri, ) (Entered: 10/02/2006) |
| 09/19/2007 | 230 | Probation Jurisdiction Transferred to Middle District of Georgia as to Patricia Ann Reed Transmitted Transfer of Jurisdiction form, with certified copies of indictment, |

| | | |
|---|---|---|
| | | judgment and docket sheet. (pbri, ) (Entered: 09/19/2007) |
| 09/19/2007 | 231 | ***DOCUMENT EMAILED as to Patricia Ann Reed re 230 Transfer Out/Probationer to probation (pbri, ) (Entered: 09/19/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/20/2007 10:34:23 | | | |
| **PACER Login:** | us4187 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:06-cr-00264-GRA |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |