IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

UNITED STATES OF AMERICA )
) CR. NO. 8:06-264
) 18 USC § 371
v. )
)
DANNY ROBERT BUSH )
CONTESSA RENEE FREEMAN )
PATRICIA ANN REED )
ERNEST TARLETON ROBERSON )
SHANA SHONEZ SULLIVAN )
NEHAL SHAMIR WHITE )
TOPEAKA ROSHELL WHITE ) INDICTMENT
KISA LACHELLE WILLIAMS )

COUNT ONE

THE GRAND JURY CHARGES:

1. That beginning in or about January 2004, and continuing through on or about the date of this Indictment, in the District of South Carolina and elsewhere, the Defendants, DANNY ROBERT BUSH, CONTESSA RENEE FREEMAN, PATRICIA ANN REED, ERNEST TARLETON ROBERSON, SHANA SHONEZ SULLIVAN, NEHAL SHAMIR WHITE, TOPEAKA ROSHELL WHITE and KISA LACHELLE WILLIAMS, did knowingly and willfully combine, conspire, confederate, agree and have a tacit understanding with each other and with others both known and unknown to the Grand Jury to make, utter, and possess counterfeit securities of First National Bank of Omaha and Wachovia Bank, organizations that do business in and affecting interstate and foreign commerce, with intent to deceive other persons and organizations, in violation of Title 18, United States Code, Section 513.

MANNER AND MEANS OF THE CONSPIRACY

2. In the course of the conspiracy, DANNY ROBERT BUSH made and caused to be made counterfeit business payroll checks purporting to be drawn on the bank accounts of existing business organizations.

3. In the course of the conspiracy, SHANA SHONEZ SULLIVAN recruited CONTESSA RENEE FREEMAN, PATRICIA ANN REED, NEHAL SHAMIR WHITE, and TOPEAKA ROSHELL WHITE to present and assist in presenting said counterfeit business payroll checks to business organizations in South Carolina and elsewhere.

4. In the course of the conspiracy, all of the Defendants named in paragraph one hereof did present and assist in presenting said counterfeit business payroll checks to business organizations in South Carolina and elsewhere.

OVERT ACTS

5. In furtherance of the conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed in the District of South Carolina and elsewhere:

a. Between in or about January 2004 and November 2005, DANNY ROBERT BUSH used a computer to manufacture in excess of three hundred (300) counterfeit business payroll checks purporting to be drawn on accounts at Wachovia Bank and First National Bank of Omaha.

b. On multiple occasions between January 2004 and November 2005, DANNY ROBERT BUSH and PATRICIA ANN REED did travel from Athens, Georgia, to various locations in South Carolina for the purpose of manufacturing, passing and uttering counterfeit business payroll checks.

c. On multiple occasions between January 2004 and November 2005, SHANA SHONEZ SULLIVAN did travel from Athens, Georgia, to Anderson, South Carolina, for the purpose of recruiting persons to pass and utter counterfeit business payroll checks, and on certain of these occasions did invite NEHAL SHAMIR WHITE, TOPEAKA ROSHELL WHITE and CONTESSA RENEE FREEMAN to take part in the distribution of counterfeit business payroll checks and did instruct them on how to pass and utter said checks.

d. Between January 2004 and November 2005, KISA LACHELLE WILLIAMS did travel with DANNY ROBERT BUSH and others known and unknown to the Grand Jury to various locations in the Upstate of South Carolina for the purpose of passing and uttering counterfeit business payroll checks.

e. Between January 2004 and November 2005, ERNEST TARLETON ROBERSON did travel with DANNY ROBERT BUSH and others known and unknown to the Grand Jury to various locations in the Upstate of South Carolina for the purpose of passing and uttering counterfeit business payroll checks.

f. On or about June 8, 2005, CONTESSA RENEE FREEMAN cashed a $432.75 counterfeit business check drawn on Wachovia Bank at C&L Quick Shop in Anderson, South Carolina.

g. On or about August 12, 2005, PATRICIA ANN REED cashed a $473.86 counterfeit business check drawn on First National Bank of Omaha at Ingles in Laurens, South Carolina.

h. On or about June 8, 2005, NEHAL SHAMIR WHITE cashed a $471.96 counterfeit business check drawn on Wachovia Bank at C&L Quick Shop in Anderson, South

Carolina.

i. On or about June 8, 2005, TOPEAKA ROSHELL WHITE cashed a $358.50 counterfeit business check drawn on Wachovia Bank at Eddie's Mini Mart in Anderson, South Carolina.

j. On or about August 12, 2005, KISA LACHELLE WILLIAMS cashed a $921.62 counterfeit business check drawn on First National Bank of Omaha at Wilson's Curb Market in Laurens, South Carolina.

k. On or about August 10, 2005, ERNEST TARLETON ROBERSON cashed a $428.62 counterfeit business check drawn on First National Bank of Omaha at Food Lion in Laurens, South Carolina.

All in violation of Title 18, United States Code, Section 371.

A True Bill

s/ Foreperson
FOREPERSON

s/ Reginald I. Lloyd
REGINALD I. LLOYD (dcs)
United States Attorney

MAXIMUM PENALTIES FOR 18 USC 371

FINE OF $250,000 (18 USC 3571)
AND/OR IMPRISONMENT FOR 5 YEARS AND
A TERM OF SUPERVISED RELEASE OF 3 YEARS (18 USC 3583)
SPECIAL ASSESSMENT $100.00 (18 U.S.C. § 3013)