IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

**UNITED STATES OF AMERICA**

        **VS**                                      **CR: 8:06-264-3**

Patricia Reed                                    **PLEA**

The defendant, having withdrawn his or her plea of Not Guilty entered previously, pleads **GUILTY** to Count _____1_____ of the **Indictment**/Information/Superseding **Indictment** after arraignment in open court.

_Patricia Reed_
(Signed) Defendant

Anderson, South Carolina