IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 3: 07-CR-23 (CAR) |
| PATRICIA ANN REED, | RE: VIOLATION OF SUPERVISED RELEASE |
| Defendant | |

## ORDER APPOINTING COUNSEL

Upon consideration of the request of the above-named defendant for appointment of legal counsel to represent him/her herein, and upon review of the Financial Affidavit submitted by him/her, the undersigned has determined that said defendant is financially unable to obtain adequate legal representation, requiring the court to provide counsel pursuant to provisions of the Criminal Justice Act of 1964, 18 U.S.C. §3006A, *et seq.*

Accordingly, the Executive Director of the district's Community Defender Organization is hereby appointed to represent the legal interests of the defendant. At his discretion, the Executive Director may assign counsel from that office as may be appropriate to represent the defendant in all future proceedings.

SO ORDERED AND DIRECTED, this 3rd day of DECEMBER, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE